[260] EXECUTORS OF WISTAR v. ADMINISTRATORS OF JOHNSON.

Venue may be changed after issue joined.

This was an action of debt.

The State v. Putnam.

*H. Stockton*, for plaintiff, moved to amend the declaration by striking out Bridgetown and inserting Salem, his object being to change the venue. *Stroud* v. *Tilley*, 2 *Str.* 1162; *Rivet* v. *Cholmondeley*, *Ibid.* 1202.

*Giles*, *contra*, contended that the plaintiff's right was gone, and the venue could not be changed after issue joined. 1 *Crompt.* 113--4.

PER CUR. Let the amendment be made. (*c*)

CITED *in Bill* v. *Mor. Canal*, 3 *Gr.* 65.